ERIC GRANT
United States Attorney
TARA A. AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>XIAOFENG PENG,<br><br>Respondent. | CASE NO. 2:26-CV-01847-WBS-SCR<br><br>ORDER TO ENFORCE COMPLIANCE WITH THE PENG SUBPOENA |

Upon due consideration of the United States' Petition under 12 U.S.C § 1833a(g)(2) and 18 U.S.C. § 1968(g) for an Order to Show Cause and for Summary Enforcement of the subpoena issued to Respondent Xiaofeng Peng and the arguments set forth in the supporting papers submitted in connection with that petition, IT IS HEREBY ORDERED that:

1. Within 7 days of the issuance of this Order, Respondent shall identify all SPI Energy Co. Ltd. or its affiliated entities' records, emails, databases, or website domains that are within his possession, custody, or control that likely have information requested in the Peng Subpoena and submit a declaration under penalty of perjury to the Court identifying those sources and whether he has destroyed and disabled access to collection of those sources since his receipt of the Peng Subpoena on March 26, 2025;

2. Within 30 days of the issuance of this Order, Respondent shall complete production of all documents and communications requested in the subpoena;

3. Within 30 days of the issuance of this Order, Respondent shall provide available dates for testimony to the United States;

4. IT IS FURTHER ORDERED that, in the event Respondent fails to comply with the requirements of this Order, the United States may seek sanctions and/or findings of civil contempt as to Respondent.

**IT IS SO ORDERED.**

Dated: August 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE