ERIC GRANT
United States Attorney
TARA A. AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br>v.<br>XIAOFENG PENG,<br>Respondent. | CASE NO. 2:26-CV-01847-WBS-SCR<br>ORDER TO SHOW CAUSE |

Upon due consideration of the United States' Petition under 12 U.S.C § 1833a(g)(2) and 18 U.S.C. § 1968(g) for an Order to Show Cause and for Summary Enforcement of the subpoena issued to Respondent Xiaofeng Peng and the arguments set forth in the supporting papers submitted in connection with that petition, IT IS HEREBY ORDERED that:

1. Respondent shall show cause, in writing, on or before September 30, 2026, as to why this Court should not grant the United States' Petition and enter an order compelling Respondent to fully comply with the subpoena;

2. The United States shall serve a copy of this Order, the United States' Petition, and related filings on Respondent within 30 days of the date of this Order; and

//

//

//

3. IT IS FURTHER ORDERED that, in the event that Respondent fails to comply with any of the requirements of this Order, the United States may seek sanctions and/or findings of civil contempt as to Respondent.

**IT IS SO ORDERED.**

Dated: August 11, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE